THE STATE OF OHIO, APPELLEE, *v.* RIDENOUR, APPELLANT.

[Cite as *State v. Ridenour,* 102 Ohio St.3d 404, 2004-Ohio-3592.]

(No. 2004–0354—Submitted June 29, 2004—Decided July 21, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Evans,* 102 Ohio St.3d 240, 2004-Ohio-2659, 809 N.E.2d 11.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

James Dean Bennett, Miami County Prosecuting Attorney, and Gary Allen Nasal, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, State Public Defender, and Charles B. Clovis, Assistant Public Defender, for appellant.